### HOMAR, INC.

v.

### NORTH FARM ASSOCIATES et al.

### No. 80–92–A.

Supreme Court of Rhode Island.

Sept. 11, 1980.

Tobin & Silverstein Incorporated, John P. Barylick, Providence, for plaintiff.

W. Slater Allen, Jr., Davis, Jenckes & Kilmarx, Henry M. Swan, Providence, for defendants.

## ORDER

The plaintiff's motion to strike the affidavit appended to defendants' brief and plaintiff's motion to augment the record as prayed are granted.

BEVILACQUA, C. J., and DORIS, J., did not participate.

■

### John H. NORBERG

v.

### TIVIAN LABORATORIES, INC.

### No. 79–157–A.

Supreme Court of Rhode Island.

Sept. 11, 1980.

William G. Brody, Asst. Atty. Gen., Perry Shatkin, Chief Legal Counsel, Taxation, Providence, for petitioner.

Aram K. Berberian, Warwick, for respondent.

## ORDER

This case is assigned to the October, 1980 *show cause* calendar. The respondent is directed to appear and show cause why its appeal should not be dismissed in view of the fact that the arguments raised by the respondent herein appear to be without merit.

BEVILACQUA, C. J., and DORIS, J., did not participate.